1  William C. Hahesy, #105743
   **LAW OFFICES OF WILLIAM C. HAHESY**
2  225 West Shaw Avenue, Suite 105
3  Fresno, CA 93704
   Telephone (559) 579-1230
4  Facsimile (559) 579-1231
   Email: bill@hahesylaw.com
5

6  Attorney for Defendants HRP INC., dba R-N MARKET, HRP INC., RAYMOND L.
   CHUN, MARY C. CHUN, RAYMOND L. CHUN TRUSTEE, MARY C. CHUN,
7  TRUSTEE, RAYMOND L. CHUN, dba R-N MARKET, MARY C. CHUN, dba R-N
   MARKET, RAYMOND L. CHUN TRUSTEE, dba R-N MARKET, MARY C. CHUN
8  TRUSTEE, dba R-N MARKET

FILED
JUN 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>HRP INC., dba R-N MARKET, HRP INC., RAYMOND L. CHUN, MARY C. CHUN, RAYMOND L. CHUN TRUSTEE, MARY C. CHUN TRUSTEE, RAYMOND L. CHUN, dba R-N MARKET, MARY C. CHUN, dba R-N MARKET, RAYMOND L. CHUN TRUSTEE, dba R-N MARKET, MARY C. CHUN TRUSTEE, dba R-N MARKET, and DOES 1-10, inclusive,<br><br>Defendants | Case No. 1:14-CV-00255-AWI-SAB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiff AURORA CERVANTES and Defendants HRP INC., dba R-N MARKET, HRP INC., RAYMOND L. CHUN, MARY C. CHUN, RAYMOND L. CHUN TRUSTEE, MARY C. CHUN TRUSTEE, RAYMOND L. CHUN, dba R-N MARKET, MARY C. CHUN, dba R-N MARKET, RAYMOND L. CHUN TRUSTEE, dba R-N MARKET, MARY C. CHUN TRUSTEE, dba R-N MARKET, by and through their respective counsel, hereby agree

as follows:

1. Plaintiff shall and hereby does dismiss this action with prejudice; and

2. Each party shall bear his, her or its own attorneys' fees and costs in this action.

DATED: 5-12-14   By: _____
Daniel Malakauskas,
Attorney for Plaintiff
AURORA CERVANTES

DATED: 5-14-2014   By: _____
William C. Hahesy,
Attorney for Defendants
HRP INC., dba R-N MARKET, HRP INC., RAYMOND L. CHUN, MARY C. CHUN, RAYMOND L. CHUN TRUSTEE, MARY C. CHUN TRUSTEE, RAYMOND L. CHUN, dba R-N MARKET, MARY C. CHUN, dba R-N MARKET, RAYMOND L. CHUN TRUSTEE, dba R-N MARKET, MARY C. CHUN TRUSTEE, dba R-N MARKET

It is so Ordered. Dated: 6-16-14

_____
United States District Judge

Y:\HRP Cervantes\Pldg\Stip for Dismissal.doc           2

STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE